# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jill Kinney and Steve Kinney, | Civil No. 10-4755 (RHK/SER) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| v. | |
| Stephens & Michaels Associates, Inc., | |
| Defendant. | |

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 4) filed by Plaintiffs, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  March 24, 2011

                                                          s/Richard H. Kyle  
                                                          RICHARD H. KYLE  
                                                          United States District Judge